Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: tasca@ballardspahr.com
E-mail: demareel@ballardspahr.com

*Attorneys for Defendant JPMorgan
Chase Bank, National Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EUGENE D. DOMURET,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | CASE NO. 2:17-CV-00733-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK NATIONAL ASSOCIATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Second Request) |

Defendant JPMORGAN CHASE BANK, NATIONAL ASSOCIATION's ("Chase") response to plaintiff Eugene Domuret's complaint currently is due on April 28, 2017. Chase has requested, and Plaintiff has agreed, that Chase has up to and including May 30, 2017 to respond to the complaint, to provide time for Chase to investigate plaintiff's allegations and for the parties to continue discussing the possibility of an early resolution of the claims asserted against Chase.

/ / /

/ / /

/ / /

DMWEST #16460197 v2

This is the second request for such an extension, and it is made in good faith and not for purposes of delay.

DATED this 26th day of April, 2017.

| BALLARD SPAHR LLP | HAINES & KRIEGER |
|---|---|
| By: /s/ Lindsay Demaree | By: /s/ David Krieger |
| Joel E. Tasca | David H. Krieger, Esq. |
| Nevada Bar No. 14124 | Nevada Bar No. 9086 |
| Lindsay Demaree | 8985 South Eastern Avenue |
| Nevada Bar No. 11949 | Suite 350 |
| 100 North City Parkway, Suite 1750 | Henderson, Nevada 89123 |
| Las Vegas, Nevada 89106 | |
| *Attorneys for Defendant JPMorgan Chase Bank, National Association* | *Attorney for Plaintiff* |

**IT IS SO ORDERED** this 28th day of April, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

2

DMWEST #16460197 v2