David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
EUGENE D. DOMURET

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EUGENE D. DOMURET,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendant(s). | Case No.: **2:17-cv-00733-JCM-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN EUGENE D. DOMURET AND <u>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between EUGENE D. DOMURET ("Plaintiff") and Defendant JPMORGAN CHASE BANK, NATIONAL ASSOCIATION ("CHASE") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against CHASE, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to CHASE be

vacated and that the Court set a deadline sixty (60) from present for filing a

Dismissal as to CHASE.

      Dated:  May 31, 2017

                                  /s/ David H. Krieger, Esq.
                                David H. Krieger, Esq.

                                Attorneys for Plaintiff
                                ***EUGENE D. DOMURET***

**IT IS ORDERED** that the settling parties shall have until **July 31, 2017**, to file a stipulation for dismissal, or a joint status report advising when the stipulation to dismiss will be filed.

   Dated: June 2, 2017

                                Peggy A. Leen
                                United States Magistrate Judge